## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 14-13899 |
| | ) | |
| Ryan Magruder | ) | Chapter 13 |
| Debtor(s). | ) | |
| | ) | Judge Bruce W. Black |
| | ) | |
| | ) | |

## NOTICE OF MOTION

TO:   Via Electronic Filing:
   US Trustee Patrick S. Layng; Office of the U.S. Trustee, Region 11, 219 S. Dearborn St, Rm 873; Chicago, IL 60604 by ECF at USTPRegion11.ES.ECF@usdoj.gov
   Glenn Stearns, 4343 Commerce Court, Suite 120, Lisle, IL 60532
Via U.S. Mail:


Please take notice that on **Friday, June 20, 2014 at 10:00 am** or as soon thereafter as counsel may be heard, I shall appear **before the Honorable Judge Bruce W. Black, in Joliet City Hall, 150 West Jefferson, 2nd Floor, Joliet, IL 60432 or before such other judge who may be presiding in his place** and stead, and shall then and there present the attached motion, a copy of which is attached hereto and herewith served upon you.

By:   Tyree V. Wright
   Tyree V. Wright

## CERTIFICATE OF SERVICE

I, Tyree V. Wright, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 105 W. Madison, Suite 2300, Chicago, IL, before the hour of 5:30 p.m., on June 16, 2014.

By:   /s/ Tyree V. Wright
   Tyree V. Wright


Tyree V. Wright, 6304332
Ernesto D. Borges, Jr., PC
105 W. Madison #2300
Chicago, IL 60602
(312) 853-0200

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 14-13899<br>Northern District of Illinois<br>Chicago<br>Mon Jun 16 12:01:54 CDT 2014 | Capital One Auto Finance<br>P.O. BOX 201347<br>ARLINGTON, TX 76006-1347 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| American InfoSource LP as agent for<br>Check n Go<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Bay Area Credit Service<br>1000 Abernathy Road NE<br>Ste 195<br>Atlanta, GA 30328-5612 | Caf/Carmax Auto Finance<br>Attn: Bankruptcy<br>Po Box 440609<br>Kennesaw, GA 30160-9511 |
| Capital 1 Bank<br>Attn: Bankruptcy Dept.<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance<br>3905 N Dallas Pkwy<br>Plano, TX 75093-7892 | Capital One Auto Finance<br>a division of Capital One, NA<br>P.O. Box 201347<br>Arlington, TX 76006-1347 |
| Capital One Auto Finance,<br>a division of Capital One<br>Attn: Ascension Capital Group<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | CarMax Auto Finance<br>225 Chastain Meadows Court<br>Kennesaw, GA 30144-5942 | Cavalry Portfolio Svcs<br>500 Summit Lake Dr<br>Ste 41<br>Valhalla, NY 10595-2322 |
| Chrysler Credit/TD Auto Finance<br>Attn: Bankruptcy Dept<br>Po Box 551080<br>Jacksonville, FL 32255-1080 | CitiFinancial<br>7467 Ridge Road, Ste 200<br>Hanover, MD 21076-3104 | Citifinancial<br>300 Saint Paul Pl<br>Baltimore, MD 21202-2120 |
| Citimortgage Inc<br>Po Box 6243<br>Sioux Falls, SD 57117-6243 | Credit One Bank<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Federal National Mortgage Association ("<br>c/o Seterus, Inc. as servicer for FNMA<br>P.O. Box 2008<br>Grand Rapids, MI 49501-2008 |
| Federal National Mortgage Association (Fanni<br>c/o Seterus, Inc. as servicer for FNMA<br>P.O. Box 2008<br>Grand Rapids, MI 49501-2008 | First Midwest Bank/na<br>3800 Rock Creek Blvd.<br>Joliet, IL 60431-7939 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 |
| Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Illinois Bell Telephone Company<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | Independent Savings Plan Company<br>Dba ISPC Attn: M Ginsberg, Esq<br>1115 Gunn Hwy, Ste 100<br>Odessa, FL 33556-5328 |
| (p) INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Ispc<br>1115 Gunn Hwy<br>Odessa, FL 33556-5328 | Jefferson Capital Systems LLC<br>Purchased from CompuCredit Corp<br>PO Box 7999<br>Saint Paul, MN 56302-7999 |
| Monterey Financial Svc<br>Po Box 5199<br>Oceanside, CA 92052-5199 | PRA Receivables Management LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 | Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |

Seterus Inc
14523 Sw Millikan Way St
Beaverton, OR 97005-2352

Southwest Credit Systems
4120 International Pkwy #1100
Carrollton, TX 75007-1958

The Independent Savings Plan Co
dba ISPC
Michael D Ginsberg, Esq
1115 Gunn Hwy, Ste 100
Odessa, FL 33556-5328


The Payday Loan Store
1515 Western Ave
Chicago Heights, IL 60411-3148

Tribute
Po Box 105555
Atlanta, GA 30348-5555

Vanda LLC
c/o Weinstein & Riley PS
2001 Western Ave, Ste 400
Seattle, WA 98121-3132


Vision Fin
1900 W Severs Rd
La Porte, IN 46350-7855

Glenn B Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532-4350

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027


Ryan Magruder
1111 Amherst Lane
University Park, IL 60484-3207

Tyree V Wright
Law Offices of Ernesto D. Borges, Jr.
105 W Madison
23rd Floor
Chicago, IL 60602-4647


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
Mail Stop 5010 CHI
230 S Dearborn St
Chicago, IL 60604


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Federal National Mortgage Association (Fan

End of Label Matrix
Mailable recipients     40
Bypassed recipients      1
Total                   41

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In Re:                                          )   Case No.: 14-13899
                                                )
   Ryan Magruder                            )   Chapter 13
      Debtor(s).                             )
                                                )   Judge Bruce W. Black
                                                )
                                                )

## MOTION TO VACATE ORDER DISMISSING CHAPTER 13 CASE

NOW COMES the Debtor, by and through his/her attorneys, The Law Offices of Ernesto D. Borges, PC, to present this Motion, and in support thereof states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a "core proceeding" under 28 USC 157(b)(2).

2. The Debtor filed for relief under Chapter 13 of the US Bankruptcy Code on 4/15/2014.

3. The Debtor's case has not been confirmed.

4. Debtor's case was dismissed on a Motion by the Trustee to dismiss for failure to submit documents.

5. The Debtor's case was filed as an Emergency Filing.

6. Consequently, the case did not go through our standard procedural protocols.

7. The firm has taken affirmative steps to ensure this does not happen again.

8. Additionally, per Trustee Stearns we are to reduce our legal fees by $500 due to the foresaid incident.

9.          However, the Debtor should not be penalized and inconvenienced.

10.         The Debtor is not in a position to take off work for another 341 Meeting. The Debtor's income is the sole source of income for his household.

11.         The documents have since been submitted to the trustee, per Section 521.

WHEREFORE, the Debtor prays this Court vacate the Order signed June 6, 2014 dismissing the Chapter 13 case, resetting the Confirmation Hearing and for such other relief this Court deems just and proper.

Respectfully submitted,

/s/ Tyree V. Wright
By: Tyree V. Wright

Tyree V. Wright, 6304332
Law Offices of Ernesto Borges, Jr., PC
105 W. Madison St, 23rd Floor
Chicago, IL 60603
(312) 853-0200